UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Howard Joseph Clayton,

Case No.: 17-34920
Chapter: 7
Judge: MBK

**NOTICE OF PROPOSED ABANDONMENT**

On 6/18/18, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on July 16, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 627 Leesville Road, Jackson, NJ - $235,000

Liens on property: $250,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-34920-MBK
Howard Joseph Clayton, II                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jun 18, 2018
                      Form ID: pdf905    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2018.
```
db              +Howard Joseph Clayton, II,    627 Leesville Road,    Jackson, NJ 08527-4809
cr              +Alta Residential Solutions,    85 Broad Street,    Suite 501,    New York, NY 10004-1734
517223820       +Aaron & Company,    638 Park Avenue,    Freehold, NJ 07728-2352
517223822       +Barron Emergency,    PO Box 7418,    Philadelphia, PA 19101-7418
517223825        Ferguson Enterprises,    c/o Heitner & Breitstein,    Marlboro, NJ 07746
517223826       +Hayt Hayt & Landau LLC,    Two Industrial Way West - PO Box 500,    Eatontown, NJ 07724-0500
517223827        JCP&L,    880 Pinewald Keswick Rd,,    Berkley, NJ 08731
517315484       +Jersey Central Power and Light,    FirstEnergy,    101 Crawford's Corner Rd,
                  Bldg. #1 Ste. 1-511,    Holmdel, NJ 07733-1976
517223830       +Phelan Hallinan & Diamond, PC,    400 Fellowship Road,    Mt. Laurel, NJ 08054-3437
517223831       +Prendergast Lanscape Contractors,    PO Box 162,    Englishtown, NJ 07726-0162
517223832       +Remex,    307 Wall Street,    Princeton, NJ 08540-1515
517223835       +Turner Law Firm,    76 South Orange Avenue,    PO Box 526,    South Orange, NJ 07079-0526
517223836       +Wells Fargo Home,    7255 Baymeadows Way,    PO Box 10335,    Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 23:55:34      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 23:55:31      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517223821       +E-mail/Text: ACF-EBN@acf-inc.com Jun 18 2018 23:54:21      Atlantic Credit,    PO Box 13386,
                  Roanoke, VA 24033-3386
517223823       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2018 23:53:32      Capital One,
                  PO Box 30281,    Salt Lake City, UT 84130-0281
517298501        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 18 2018 23:52:50
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517223824        E-mail/Text: mrdiscen@discover.com Jun 18 2018 23:54:23      Discover,    PO Box 15316,
                  Wilmington, DE 19850
517237263        E-mail/Text: mrdiscen@discover.com Jun 18 2018 23:54:23      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517223828       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 18 2018 23:55:31      Midland Credit MGMT,
                  2365 Northside Drive 300,    San Diego, CA 92108-2709
517223829       +E-mail/Text: kmorgan@morganlaw.com Jun 18 2018 23:56:21      Morgan Bornstein & Morgan,
                  1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
517262711        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2018 23:53:36
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                  Norfolk VA 23541
517223833       +E-mail/Text: bkteam@selenefinance.com Jun 18 2018 23:54:34      Selene Finance,    9990 Richmond,
                  Suite 400 South,    Houston, TX 77042-4546
517226990       +E-mail/PDF: gecsedi@recoverycorp.com Jun 18 2018 23:52:46      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517223834       +E-mail/Text: bankruptcydepartment@tsico.com Jun 18 2018 23:56:17      Transworld Systems,
                  507 Prudential Road,    Horsham, PA 19044-2308
                                                                                                TOTAL: 13
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 18, 2018
                              Form ID: pdf905          Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
          Andrew R. Turner    on behalf of Creditor    Aaron & Company courts@turnerlaw.net
          Barry  Frost    trustee@teichgroh.com,  NJ94@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    Alta Residential Solutions dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Robert H. Johnson    on behalf of Debtor Howard Joseph Clayton, II ecfmail@rhjlaw.com,
          r43974@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 5