UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-34920-MBK

Howard Joseph Clayton, II

Chapter: 7

Judge: Kaplan

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I __Alyson M. Guida__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
627 Leesville Road, Jackson, NJ

JEANNE A. NAUGHTON, Clerk

Date: 7/10/2018            By: Alyson M. Guida

*rev.2/10/17*