Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 17−34920−MBK
                              Chapter: 7
                              Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Howard Joseph Clayton II
   627 Leesville Road
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−1128

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: July 24, 2018
JAN: amg

                                            Jeanne Naughton
                                            Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 17-34920-MBK
Howard Joseph Clayton, II                                     Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jul 24, 2018
                              Form ID: cscnodsc        Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
db          +Howard Joseph Clayton, II,    627 Leesville Road,    Jackson, NJ 08527-4809
cr          +Alta Residential Solutions,    85 Broad Street,   Suite 501,    New York, NY 10004-1734
517223820   +Aaron & Company,   638 Park Avenue,    Freehold, NJ 07728-2352
517223822   +Barron Emergency,    PO Box 7418,   Philadelphia, PA 19101-7418
517223825    Ferguson Enterprises,    c/o Heitner & Breitstein,   Marlboro, NJ 07746
517223826   +Hayt Hayt & Landau LLC,    Two Industrial Way West - PO Box 500,    Eatontown, NJ 07724-0500
517223827    JCP&L,   880 Pinewald Keswick Rd,,    Berkley, NJ 08731
517315484   +Jersey Central Power and Light,    FirstEnergy,    101 Crawford's Corner Rd,
              Bldg. #1 Ste. 1-511,    Holmdel, NJ 07733-1976
517223830   +Phelan Hallinan & Diamond, PC,    400 Fellowship Road,    Mt. Laurel, NJ 08054-3437
517223831   +Prendergast Lanscape Contractors,    PO Box 162,    Englishtown, NJ 07726-0162
517223832   +Remex,   307 Wall Street,    Princeton, NJ 08540-1515
517223835   +Turner Law Firm,    76 South Orange Avenue,    PO Box 526,   South Orange, NJ 07079-0526
517223836   +Wells Fargo Home,   7255 Baymeadows Way,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 23:31:03     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 23:30:59     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517223821   +E-mail/Text: ACF-EBN@acf-inc.com Jul 24 2018 23:29:54     Atlantic Credit,    PO Box 13386,
              Roanoke, VA 24033-3386
517223823   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 23:34:23     Capital One,
              PO Box 30281,   Salt Lake City, UT 84130-0281
517298501    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 23:35:03
              Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517223824    E-mail/Text: mrdiscen@discover.com Jul 24 2018 23:29:56     Discover,   PO Box 15316,
              Wilmington, DE 19850
517237263    E-mail/Text: mrdiscen@discover.com Jul 24 2018 23:29:56     Discover Bank,
              Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517223828   +E-mail/Text: bankruptcydpt@mcmcg.com Jul 24 2018 23:30:58     Midland Credit MGMT,
              2365 Northside Drive 300,    San Diego, CA 92108-2709
517223829   +E-mail/Text: kmorgan@morganlaw.com Jul 24 2018 23:31:49     Morgan Bornstein & Morgan,
              1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
517262711    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2018 23:35:06
              Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
              Norfolk VA 23541
517223833   +E-mail/Text: bkteam@selenefinance.com Jul 24 2018 23:30:08     Selene Finance,   9990 Richmond,
              Suite 400 South,    Houston, TX 77042-4546
517226990   +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 23:33:48     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517223834   +E-mail/Text: bankruptcydepartment@tsico.com Jul 24 2018 23:31:48     Transworld Systems,
              507 Prudential Road,    Horsham, PA 19044-2308
                                                                                             TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                    Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 24, 2018
                              Form ID: cscnodsc        Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
         Andrew R. Turner    on behalf of Creditor   Aaron & Company courts@turnerlaw.net
         Barry  Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
         Denise E. Carlon    on behalf of Creditor   Alta Residential Solutions dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Robert H. Johnson    on behalf of Debtor Howard Joseph Clayton, II ecfmail@rhjlaw.com,
          r43974@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 5